O

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON OEUN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | Case No. CV 15-9845 JGB (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered denying the petition and
2  dismissing this action with prejudice.
3
4
5  DATE: December 28, 2016     _____
                                HON. JESUS G. BERNAL
6                               UNITED STATES DISTRICT JUDGE