O

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON OEUN,<br><br>      Petitioner,<br><br>      v.<br><br>RAYMOND MADDEN,<br><br>      Respondent. | Case No. CV 15-9845 JGB (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 28, 2016

_____
HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE